```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

MICHAEL KANODE, SR.,

    Plaintiff,

v.                                CIVIL ACTION NO. 1:08-1113

TERESA WAID, Warden,
Huttonsville Correctional Center,

    Defendant.

### JUDGMENT ORDER

    Consistent with the Memorandum Opinion and Order entered this day, the court hereby **DENIES** plaintiff's petition under 28 U.S.C. § 2254, **DISMISSES** this case without prejudice, and **DIRECTS** the Clerk to remove this matter from the court's docket.

    The Clerk is further directed to forward a certified copy of this Judgment Order to plaintiff, pro se, and counsel of record.

    **IT IS SO ORDERED** this 5th day of July, 2011.

                                        ENTER:

                                        David A. Faber
                                        Senior United States District Judge